No. 01–1629. MARYLAND v. CONYERS. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–1755. LAMBERT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY v. BENN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–1774. MARYLAND v. DRURY. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–1779. WOODFORD, WARDEN v. WAI SILVA. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–144. MASSACHUSETTS v. SENG. Sup. Jud. Ct. Mass. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–1607. DICO, INC. v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–1790. UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY, LOCAL 38 v. HUBER, HUNT & NICHOLS, INC. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–1851. GARST ET AL. v. WAL-MART STORES, INC., ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–10435. REMMERT v. BRESEE. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.